NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

KA 04-1449

STATE OF LOUISIANA

VERSUS

TIMOTHY SAVOY

**********

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF ACADIA, NO. 62,465
HONORABLE J. BYRON HEBERT, DISTRICT JUDGE

**********

**BILLY HOWARD EZELL**
**JUDGE**

**********

Court composed of Oswald A. Decuir, Michael G. Sullivan, and Billy Howard Ezell, Judges.

**AFFIRMED.**

**Michael Harson**
**District Attorney, Fifteenth Judicial District**
**P.O. Box 3306**
**Lafayette, LA 70502-3306**
**(337) 232-5170**
**Counsel for Plaintiff/Appellee:**
**State of Louisiana**

**Kim Reginald Hayes**
**Attorney at Law**
**P. O. Drawer 369**
**Crowley, LA 70527-0369**
**(337) 785-2760**
**Counsel for Plaintiff/Appellee:**
**State of Louisiana**

**Carey J. Ellis, III**
**Louisiana Appellate Project**
**707 Julia St.**
**Rayville, LA 71269**
**(318) 728-2043**
**Counsel for Defendant/Appellant:**
**Timothy Savoy**

**Timothy Savoy**
**Pine Prairie Correctional Center**
**P. O. Box 605**
**Pine Prairie, LA 70576**